**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-03299-CMA-NYW

NANCY CHAVEZ,
MARGARITA HERRERA, and
ANA MARIA PEINADO-NOVOA,

Plaintiff,
v.

EXCEL SERVICES SOUTHEAST, INC.,
EXCEL SERVICES NETWORK, INC., and
JAMES DAVID SAXTON,

Defendants.

---

## MINUTE ORDER

Entered by Magistrate Judge Nina Y. Wang

      This matter is before the court on Plaintiffs Nancy Chavez, Margarita Herrera and Ana Maria Pienado-Novoa's (collectively, "Plaintiffs") Motion for Leave to Amend Complaint [#51], filed February 13, 2015 (the "Motion"). Pursuant to the Order Referring Case [#6] dated December 16, 2013, the Reassignment [#49] dated February 9, 2015, and the Memorandum [#52] dated February 18, 2015, the Motion is before this Magistrate Judge.

      In light of the Notice of Settlement [#60] dated April 14, 2015 ("Notice"), IT IS ORDERED that the Motion is DENIED WITHOUT PREJUDICE as MOOT. Should the Parties fail to consummate the tentative settlement referenced in the Notice, Plaintiffs may re-file the Motion.

DATED May 7, 2015.